UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM STEPHENSON,

Petitioner,

v.

JANINE WALLACE,

Respondent.

Case No. 2:26-cv-1483-DJC-JDP (P)

ORDER

Petitioner has filed a motion for an extension of time to file objections to the October 19, 2026 findings and recommendations. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 18, is granted.

2. Petitioner is granted until November 18, 2026 to file objections to the court's October 19, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated: November 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE